1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:24-cv-00068-TLN-KJN

   IN RE:  STEVEN WAYNE BONILLA        No. 2:24-cv-00070-TLN-KJN
12

13                                              No. 2:24-cv-00071-TLN-KJN

14                                              No. 2:24-cv-00072-TLN-KJN

15                                              No. 2:24-cv-00073-TLN-KJN

16                                              No. 2:24-cv-00074-TLN-KJN

17                                              No. 2:24-cv-00075-TLN-KJN

18                                              No. 2:24-cv-00076-TLN-KJN

19                                              No. 2:24-cv-00077-TLN-KJN

20                                              No. 2:24-cv-00078-TLN-KJN

21                                              **ORDER**

22

23

24        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00068, 2:24-cv-00070, 2:24-cv-00071, 2:24-cv-00072, 2:24-cv-00073, 2:24-cv-00074, 2:24-cv-00075, 2:24-cv-00076, 2:24-cv-00077 and 2:24-cv-00078 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:    February 05, 2024

Troy L. Nunley
United States District Judge